IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBEY KURT HAIRSTON, | | No. 2:16-CV-1843-JAM-CMK-P |
| | Petitioner, | |
| | vs. | ORDER |
| OGELSBY, et al., | | |
| | Respondents. | |
| _____ / | | |

Petitioner, a state prisoner proceeding pro se, brings this apparent petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] The petition appears to challenge a conviction issued by the Kern County Superior Court. Kern County is part of the Fresno division of this court. See Local Rule 120(b). Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

/ / /

/ / /

---

[1] While it is unclear whether petitioner is challenging the fact/duration of his confinement or the conditions of his confinement, petitioner claims that the trial court imposed "illegal enhancements for conviction."

1

1 | Accordingly, IT IS HEREBY ORDERED that this action and all pending motions
2 | are transferred to the United States District Court for the Eastern District of California sitting in
3 | Fresno.

DATED: October 12, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE